JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p. 1

DOCKET NO. 389 -- IN RE AIR CRASH DISASTER AT BARROW, ALASKA ON OCTOBER 13, 1978

| Date | Ref | Pleading Description |
|---|---|---|
| 5/22/79 | 1 | MOTION, MEMORANDUM IN SUPPORT OF, SCHEDULE OF CASES & CERT. OF SVC. -- Pltf. Dietra Leigh Walters. (ea) SUGGESTED TRANSFEREE DISTRICT: District of Columbia SUGGESTED TRANSFEREE JUDGE: (ea) |
| 5/23/79 | | AMENDED SCHEDULE OF CASES (p.2) -- Dietra L. Walters. (ea) |
| 5/24/79 | | HEARING ORDER -- setting (A-1 thru A-4) for hearing to be held in Boston, Mass. on 6/22/79. (ea) |
| 6/4/79 | | APPEARANCES -- Lewis T. Booker, Esq. for United Technologies Corp., Curtis E. von Kann, Esq. for The DeHavilland Aircraft and Company of Canada, Ltd.; James M. Wiles, Esq. for Hartzell Industry; Michael R. Gallagher, Esq. for Woodward Governor Co.; Philip Silverman, Esq. for Dietra Leigh Walters. (ea) |
| 6/5/79 | 2 | RESPONSE -- DeHavilland Aircraft Co. of Canada, Ltd. w/certificate of service (rew) |
| 6/6/79 | 3 | RESPONSE -- United Technologies Corp. -- w/cert. serv. (cs) |
| 6/7/79 | 4 | RESPONSE/MEMORANDUM -- Hartell Industries, Inc. -- w/cert. of service (emh) |
| 6/8/79 | 5 | RESPONSE -- Woodward Governor Co. -- w/cert. of svc. (emh) |
| 6/13/79 | 6 | REPLY/MEMORANDUM -- Pltf. Dietra Leigh Walters -- w/cert. of service (emh) |
| 6/18/79 | | WAIVER OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- Woodward Governor Co. (ea) |
| 6/18/79 | | HEARING APPEARANCES for hearing held 6/22/79 in Boston, Mass. -- Philip Silverman, Esq. for Dietra Leigh Walters; Curtis E. von Kann, Esq. for The DeHavilland Aircraft Co. of Canada, Ltd. and Lewis T. Booker, Esq. for United Technologies Corp. (ea) |
| 8/3/79 | | CONSENT OF TRANSFEREE DISTRICT -- Signed by Judge Bryant (cs) |
| 8/3/79 | | OPINION AND ORDER Transferring A-2 through A-4 to the District of the District of Columbia under Section 1407, and with the consent of that court assigning the actions to the Honorable Aubrey E. Robinson, Jr. (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 389 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT BARROW, ALASKA ON OCTOBER 13, 1978

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/22/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 3, 1979 | PC | 474 FSupp 996 | D. D.C. | Aubrey E. Robinson, Jr. | |

Misc Docket No 79-172

Special Transferee Information

DATE CLOSED: 8/18/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 389 -- IN RE AIR CRASH DISASTER AT BARROW, ALASKA ON OCTOBER 13, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dietra Leigh Walters, etc. v. ~~United Technologies Corp.~~ The Havilland Aircraft Co. | D.D.C. Robinson | 78-2375 | | | 8/18/80 D | |
| A-2 | Dietra Leigh Walters, etc. v. The DeHavilland Aircraft Co. of Canada, Ltd., ~~et al.~~ | S.D.OH Rubin | C-3-79-134 | 8/3/79 | 79-2059 | 8/5/80 D | |
| A-3 | Dietra Leigh Walters, etc. v. Woodward Governor Co. | N.D.Ill. Leighton | 79C-1774 | 8/3/79 | 79-2057 | 11/16/79 D | |
| A-4 | Dietra Leigh Walters, etc. v. The DeHavilland Aircraft Co. of Canada, Ltd. | D. Md. Harvey | H-79-506 | 8/3/79 | 79-2058 | 8/18/80 D | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 389 -- In re Air Crash Disaster at Barrow, Alaska on October 13, 1978

---

**UNITED TECHNOLOGIES CORP.**
Lewis T. Booker, Esquire
Hunton & Williams
P.O. Box 1535
Richmond, Virginia  23212

**THE DeHAVILLAND AIRCRAFT COMPANY OF CANADA, LTD.**
Curtis E. von Kann, Esquire
Hogan & Hartson
815 Connecticut Ave., N.W.
Washington, D. C.  20006

**HARTZELL INDUSTRY**
James M. Wiles, Esquire
Wiles, Doucher, Tressler
 & Van Buren
37 West Broad Street
Columbus, Ohio  43215

**WOODWARD GOVERNOR CO.**
Michael R. Gallagher, Esquire
Gallagher, Sharp, Fulton, Norman
 & Mollison
630 Bulkley Building
Cleveland, Ohio  44115

**DIETRA LEIGH WALTERS** (A-1 through A-4)
Philip Silverman, Esquire
Speiser, Krause & Madole
1216 Sixteenth St., N.W.
Washington, D. C.  20036

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 389 -- In re Air Crash Disaster at Barrow, Alaska on Oct. 13, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Technologies Corp. | A-1, A-2 |
| The DeHavilland Aircraft Co., of Canada, Ltd. | A-2, A-4 |
| Hartzell Industries, Inc. | A-2 |
| Woodward Governor Co. | A-2, A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |